SHERRY SHIRNELL BARTON
715 HAWTHORN GREEN DR
RIDGELAND, MS 39157

COVINGTON CREDIT
HEIGHTS FINANCE
P.O.BOX 1947
GREENVILLE, SC 29602

LEND NATION
607 US 51 STE B
RIDGELAND, MS 39157

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

AFFIRM
443 IRVING DR
BURBANK, CA 91504

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

MOHELA/NAVIENT
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

FAMILY CHOICE
912 A EAST PEACE ST
CANTON, MS 39046

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

FOURSIGHT CAPITAL
PO BOX 2026
PHOENIX, AZ 85038

SEZZLE
ATTN: BANKRUPTCY
700 NICOLLET MALL
MINNEAPOLIS, MN 55402

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05!

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

WESTLAKE PORTFOLIO
P.O. BOX 76809
LOS ANGELES, CA 90054

CNAC - MS104
2521 HWY 80 EAST
PEARL, MS 39208

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

COMENITY BANK
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218

KLARNA
PO BOX 8116
COLUMBUS, OH 43201