Certificate Number: 17082-MSS-DE-041234486

Bankruptcy Case Number: 26-01954



17082-MSS-DE-041234486

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2026, at 1:15 o'clock AM MST, SHERRY S BARTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 22, 2026                           By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director