**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**
**09/04/2026**

**IN RE:** **CASE NUMBER: 26-01954-JAW**

**BARTON, SHERRY SHIRNELL**

APPEARANCES:
(✓) DEBTOR 1
(✓) Required picture I.D. produced
(✓) Required SSN verification produced
(✓) Pay advices received

( ) DEBTOR 2 (Wife in Joint Cases)
( ) Required picture I.D. produced
( ) Required SSN verification produced
( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed.
Tax returns received for 2024 + 2025 (years) on 07/30/2026 (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE ______
(✓) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
( ) YES (NO) – If Pro Se, did anyone assist with preparation?
( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(✓) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE ____ DAY OF ______, 20____ AT ______ O'CLOCK __.M.

(✓) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.
(✓) CREDITOR(S) Robin Rush - Family Choice

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule ______
( ) OTHER: ______

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: ______

ADDITIONAL: NOTES: ______

DATED: 09/04/2026

[signature]
STEPHEN SMITH, TRUSTEE

Track # 010 or Tape # ______, Side ______ Counter Start# ______